UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RICHARD ISHMON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. H-05-3235** |
| § | |
| **HARRIS COUNTY, TEXAS, et al.,** § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court are Defendants' Motion for Sanctions (Doc. #32), Plaintiff's Motion for Reconsideration of Sanctions (Doc. #34), and Defendants' Responses (Doc. #38, 39).

The issue of whether, and in what amount, to impose sanctions has created a lawsuit within this lawsuit. The Court hereby **GRANTS** Plaintiff's Motion for Reconsideration of Sanctions, and **WITHDRAWS** the portion of its October 30th Order imposing sanctions (Doc. #31).

The appropriate sanctions, if any, and awarding of costs will be considered at the conclusion of this proceeding.

**IT IS SO ORDERED**.

**SIGNED** this 20th day of December, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT